# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

                RE:    **Jorge Morales**
                      **Docket Number: 1:04CR05001 OWW**
                      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Mr. Morales was arrested by Mexican Custom officials on November 2, 2002, for Clandestine Introduction of Firearms and Ammunition of the Exclusive Use and Not Exclusive Use of the Mexican Armed Forces. On June 5, 2003, he was sentenced in the Second Federal District Court, Reynosa, Tamaulipas, Mexico to eight (8) years, one (1) month and eighteen (18) days imprisonment. A Transfer of Treaty Hearing was conducted, the releasee was transferred to the Bureau of Prisons and subsequently released to the jurisdiction of the Eastern District of California on December 31, 2004.

Since his release, Mr. Morales has been compliant with the conditions of supervision. He has submitted his monthly reports appropriately and has maintained contact with this officer through home and office contacts. He has remained continuously employed and maintained residential stability. Overall, there have been no violations to date.

Mr. Morales is requesting permission to travel to Colonia Cantro America, Managua, Nicaragua. His father has taken ill requiring the Defendant's travel there to help care for his father. The Defendant will travel by airplane and requests permission to remain there for 20 days. Those particular dates will be determined by the undersigned officer upon the Court's approval.

Re:     Jorge Morales
        Docket Number:   1:04CR05001 OWW
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Supervision in this case will expire December, 2005.  His performance to date suggests that granting him permission to travel would come at little risk to the community.  This officer recommends the Court grant Mr. Morales his travel request.  A signature block is provided for Your Honor's consideration.

Should you have any questions, please do not hesitate to call this officer at (559) 498-7569.

                        Respectfully submitted,

                        */s/ Melinda S. Peyret*

                        **Melinda S. Peyret**
                        **United States Probation Officer**

Dated:      August 18, 2005
            Fresno, California


**REVIEWED BY:**      /s/ Scott Waters for
                     **Bruce A. Vasquez**
                     **Supervising United States Probation Officer**

_____

**ORDER OF THE COURT:**

**Approved _____X_____**          **Disapproved _____**


**August 18, 2005**                           **/s/ OLIVER W. WANGER**
_____           _____
**Date**                                 **Oliver W. Wanger**
                                         **United States District Judge**